Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
COUNTY OF EUREKA AND THEODORE BEUTEL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK AARON WHELCHEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF EUREKA, a Political Subdivision of the State of Nevada, and THEODORE BEUTEL,<br><br>Defendants. | CASE NO. 3:20-cv-00130-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT** |

COMES NOW Plaintiff, JACK AARON WHELCHEL, and Defendants, EUREKA COUNTY and THEODORE BEUTEL, by and through undersigned attorneys of record, and hereby stipulate that the Defendants have through and until April 3, 2020, in which to file their Answer to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

This is the parties' first request to extend said deadline and they submit that the instant request is not for the purpose of undue delay.

| DATED this 26th day of March, 2020. | DATED this 26th day of March, 2020. |
|---|---|
| LAW OFFICES OF DANIEL MARKS | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / *Adam Levine* <br> Adam Levine, Esq. <br> State Bar No. 004673 <br> 610 S. Ninth Street <br> Las Vegas, Nevada 89101 <br> (702) 386-0536 <br> alevine@danielmarks.net <br> Attorney for Plaintiff <br> Jack Aaron Whelchel | By: / s / *Katherine F. Parks* <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> (775) 786-2882 <br> kfp@thorndal.com <br> Attorneys for Defendant <br> Eureka County and Theodore Beutel |

**ORDER**

IT IS SO ORDERED.

DATED  March 26 , 2020.

_____
UNITED STATES MAGISTRATE JUDGE