1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
   Attorneys for Defendants
5  COUNTY OF EUREKA AND THEODORE BEUTEL
6

7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**
9

10 JACK AARON WHELCHEL,                         CASE NO.  3:20-cv-00130-RCJ-WGC
11                     Plaintiff,
12 vs.
13
   COUNTY OF EUREKA, a Political Subdivision   **STIPULATION AND ORDER FOR**
14 of the State of Nevada, and THEODORE         **DISMISSAL WITH PREJUDICE**
   BEUTEL,
15
16                     Defendants.
17
18       COMES NOW Plaintiff, JACK AARON WHELCHEL, and Defendants, EUREKA
19 COUNTY and THEODORE BEUTEL, by and through their respective counsel, and hereby
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

- 1 -

stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 24th day of November, 2020. | DATED this 24th day of November, 2020. |
|---|---|
| LAW OFFICES OF DANIEL MARKS | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Adam Levine_<br>Adam Levine, Esq.<br>610 S. Ninth Street<br>Las Vegas, NV  89101<br>Attorneys for Plaintiff<br>Jack Aaron Whelchel | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No.   6227<br>6590 S. McCarran Blvd, Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Eureka County and Theodore Beutel |

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE