Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
COUNTY OF EUREKA AND THEODORE BEUTEL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK AARON WHELCHEL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF EUREKA, a Political Subdivision of the State of Nevada, and THEODORE BEUTEL,<br><br>Defendants. | CASE NO.  3:20-cv-00130-RCJ-WGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, JACK AARON WHELCHEL, and Defendants, EUREKA COUNTY and THEODORE BEUTEL, by and through their respective counsel, and hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 24th day of November, 2020. | DATED this 24th day of November, 2020. |
|---|---|
| LAW OFFICES OF DANIEL MARKS | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Adam Levine_<br>Adam Levine, Esq.<br>610 S. Ninth Street<br>Las Vegas, NV  89101<br>Attorneys for Plaintiff<br>Jack Aaron Whelchel | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No.   6227<br>6590 S. McCarran Blvd, Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Eureka County and Theodore Beutel |

**ORDER**

IT IS SO ORDERED.

DATED: November 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

- 2 -